Submitted on record and briefs October 1, affirmed November 3, 1993

STATE OF OREGON,
*Respondent,*

*v.*

KEITH HERBERT REYNOLDS,
*Appellant.*

(CF92-021; CA A77561)

861 P2d 406

Gary D. Babcock argued the cause and filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, filed the brief for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. ORS 138.222(2)(d); *State v. Adams,* 315 Or 359,847 P2d 397 (1993); *State v. Kilborn,* 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston,* 120 Or App 165, 851 P2d 1156 (1993).